

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-28-1995

# United States of America v. Sabarese

Precedential or Non-Precedential:

Docket 95-5160

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"United States of America v. Sabarese" (1995). *1995 Decisions*. Paper 300.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/300

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 95-5160


UNITED STATES OF AMERICA

v.

THEODORE M. SABARESE,

Appellant.


On Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal Action No. 93-cr-00389-1)


Argued October 19, 1995

Before: SCIRICA, COWEN and ROTH, <u>Circuit Judges</u>


O R D E R


IT IS ORDERED that the slip opinion in the above case, filed on November 28, 1995, be amended as follows (all page references are to the slip opinion):

On page 3, line 7, delete the words "After his conviction" and replace with the word "Thereafter";

On page 3, line 9, before the word "returned" insert the words "that had been"; and

On Page 3, line 10, delete the word "was" and insert the words "had been".   The sentence should now read:
> Thereafter in Pennsylvania, Sabarese entered a guilty plea on a one-count indictment that had been returned against him in Connecticut.  The Connecticut case had been transferred to the Eastern District of Pennsylvania where the judge sentenced Sabarese on the two Pennsylvania counts and the one Connecticut count.

On page 3, line 25, delete the words "After he was convicted and", and insert the words "Before being".  The sentence should now read:
> Before being sentenced in Pennsylvania, Sabarese pled guilty to the charges brought against him in New Jersey.

By the Court,


    /s/ Jane R. Roth
                  Circuit Judge

Dated:  January 22, 1996